| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JUN 16 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GABRIEL COWAN METCALF,

    Defendant - Appellant.

No. 24-4818

D.C. No. 1:23-cr-00103-SPW-1
District of Montana, Billings

ORDER

Before: SCHROEDER, OWENS, and VANDYKE, Circuit Judges.

The parties are ordered to file supplemental briefs of no more than ten pages addressing the impact, if any, of *Rehaif v. United States*, 588 U.S. 225 (2019). The parties shall file their briefs within fourteen days of the filed date of this order.