

U.S. Department of Justice

*United States Attorney*
*District of Montana*

---

**Thomas K. Godfrey**  2601 2nd Avenue North, Suite 3200  406-657-6101
Assistant U.S. Attorney  Billings, Montana 59106

June 30, 2025

Molly C. Dwyer
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

      RE:   *United States v. Gabriel Cowan Metcalf*, No. 24-4818

Dear Ms. Dwyer:

      Appellee respectfully submits this citation of supplemental authority pursuant to Federal Rule of Appellate Procedure 28(j) and Circuit Rule 28-6.

      On June 16, 2025, the Fifth Circuit Court of Appeals handed down *United State v. Allam*, __ F.4th __, 2025 WL 1681132 (5th Cir. 2025), addressing the constitutionality of 18 U.S.C. § 922(q)(2)(A). *Id.* at *1. Allam was arrested and charged after parking in the street next to a school and having a rifle and ammunition in his car. *Id.* at *2. Allam challenged the constitutionality of 18 U.S.C. § 922(q)(2)(A) both facially and as applied to the facts of his case.

      The Court held that "The "why and how" of 18 U.S.C. § 922(q)(2)(A), as applied to Allam, are "consistent with the principles that underpin our regulatory tradition." *Id.* at *17 (citing *United States v. Rahimi*, 602 U.S. 608, 692 (2024)). The Court analyzed the historical analogues and found the application of 18 U.S.C. § 922(q)(2)(A) to Allam constitutional. *Id.* at *10-17.

                                      Sincerely,

                                      Kurt G. Alme
                                      United States Attorney

                                    */s/ Thomas K. Godfrey*
                                    THOMAS K. GODFREY
                                    Assistant U.S. Attorney