# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **C.A. 24-4818** |
| Plaintiff-Appellant, | **D.C. No.: CR-23-103-BLG-SPW** |
| vs. | |
| **GABRIEL COWAN METCALF,** | |
| Defendant-Appellee. | |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

_____

The United States of America moves the Court for an extension in which to file its petition for rehearing in this case. Rule 40 of the Federal Rules of Appellate Procedure specifies that a petition for rehearing must be filed within 14 days from the entry of judgment. Currently, the United States must submit any petition for rehearing on or before October 7, 2025.

The Solicitor General is still reviewing this matter and requires an additional 45 days to complete his review to determine whether a petition for rehearing will be sought.

2

If the Court grants this motion, the United States' petition for rehearing would be due on or before November 21, 2025.

The United States has contacted Russell Hart, counsel for Metcalf. He advised that he does not oppose this motion.

Metcalf is currently in not in custody.

DATED this 1st day of October, 2025.

      *s/Thomas K. Godfrey*
      THOMAS K. GODFREY
      Assistant U. S. Attorney

3

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/Thomas K. Godfrey*
THOMAS K. GODFREY
Assistant U. S. Attorney
